1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
8

9    UNITED STATES OF AMERICA,              Case No. CR20-100RSL

10                      Plaintiff,
                                            ORDER GRANTING THIRD
11             v.                           STIPULATED MOTION TO
                                            CONTINUE TRIAL AND
12   TROY KLANDER,                          PRETRIAL MOTIONS
                                            DATES
13                      Defendant

14

15          This matter comes before the Court on the parties' "Third Stipulated Motion to Continue

16   Trial and Pretrial Motions Dates." Dkt. # 78. Having considered the facts set forth in the motion,

17   and defendant's knowing and voluntary waiver, the Court finds as follows:

18          1.      The Court adopts the facts set forth in the stipulated motion: specifically, that the

19   government has produced voluminous media files and contents downloaded from cellphones

20   and cloud accounts, and that defense counsel has been reviewing discovery, but the limited

21   mobility caused by the pandemic has made it difficult for defense counsel to communicate with

22   defendant, resulting in counsel needing additional time to prepare for trial. Additionally, Mr.

23   Klander's co-defendant, Mr. Salas, pleaded guilty on May 5, 2021. The Court accordingly finds

24   that a failure to grant a continuance would deny counsel, and any potential future counsel, the

25   reasonable time necessary for effective preparation, taking into account the exercise of due

26   diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

27          2.      The Court finds that a failure to grant a continuance would likely result in a

28   miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING THIRD STIPULATED
MOTION TO CONTINUE TRIAL - 1

1
2
3       3.      The Court finds that the additional time requested between May 24, 2021 and the

4   proposed trial date of December 6, 2021, is a reasonable period of delay. The Court finds that

5   this additional time is necessary to provide defense counsel reasonable time to prepare for trial,

6   considering all the facts set forth above.

7       4.      The Court further finds that this continuance would serve the ends of justice, and

8   that these factors outweigh the best interests of the public and defendant in a speedier trial,

9   within the meaning of 18 U.S.C. § 3161(h)(7)(A).

10      5.      Defendant has executed a waiver indicating that he has been advised of his right to

11  a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived

12  that right and consented to the continuation of this trial to a date up to and including January 1,

13  2022, Dkt. # 77, which will permit the trial to start on December 6, 2021.

14      IT IS HEREBY ORDERED that the trial date shall be continued from May 24, 2021 to

15  December 6, 2021, and pretrial motions are to be filed no later than November 1, 2021;

16      IT IS FURTHER ORDERED that the period of time from the current trial date of May

17  24, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy

18  Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of

19  this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D),

20  (h)(7)(A), and (h)(7)(B)(i), (iv).

21      DATED this 13th day of May, 2021.

22
23
24  *Mwr S Lasnik*

25  Robert S. Lasnik
    United States District Judge
26
27
28

ORDER GRANTING THIRD STIPULATED
MOTION TO CONTINUE TRIAL - 2